# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 18-CR-2746-LAB |
| Plaintiff, | ) ) | ORDER GRANTING PERMISSION TO GOVERNMENT TO BRING |
| v. | ) ) | EVIDENTIARY KNIFE INTO THE COURTHOUSE FOR MOTION |
| PEDRO RODRIGUEZ, | ) | HEARING |
| Defendant. | ) ) | |

Upon application of the United States and good cause appearing,

IT IS ORDERED that the United States is permitted to bring into the Courthouse during the above-referenced motion hearing scheduled for September 18, at 3:00 p.m., the following evidentiary item:

1 - black folding knife

**IT IS SO ORDERED.**

DATED: September 17, 2018

_____
HONORABLE LARRY ALAN BURNS
United States District Judge